136 So.2d 920

**Harry HADEN, Commissioner of Revenue,**

v.

**LEE'S MOBILE HOMES, INC.**

3 Div. 981.

Supreme Court of Alabama.

Jan. 18, 1962.

MacDonald Gallion, Atty. Gen., and Wm. H. Burton, Asst. Atty. Gen., for petitioner.

Peyton D. Bibb, Birmingham, opposed.

STAKELY, Justice.

Petition of Harry Haden, as Commissioner of Revenue, for certiorari to the Court of Appeals to review and revise the judgment and decision in Haden v. Lee's Mobile Homes, 136 So.2d 912 (3 Div. 68).

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.

142 So.2d 918

**Alto HUGGINS**

v.

**STATE.**

4 Div. 128.

Supreme Court of Alabama.

June 21, 1962.

Certiorari to Court of Appeals.

Boswell & Boswell, Geneva, for petitioner.

MacDonald Gallion, Atty. Gen., and Geo. D. Mentz, Asst. Atty. Gen., opposed.

LAWSON, Justice.

Petition of Alto Huggins for certiorari to the Court of Appeals to review and revise the judgment and decision in Huggins v. State, 142 So.2d 915.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and COLEMAN, JJ., concur.

139 So.2d 627

**INDEPENDENT LIFE & ACCIDENT INS. CO.**

v.

**Ernest WIGGINS.**

1 Div. 53.

Supreme Court of Alabama.

March 29, 1962.

Certiorari to Court of Appeals.

H. T. Fitzpatrick, Jr., Montgomery, for petitioner.

John M. Coxwell, Monroeville, opposed.

GOODWYN, Justice.

Petition of Independent Life & Accident Insurance Company for certiorari to the Court of Appeals to review and revise the judgment and decision in Independent Life & Accident Ins. Co. v. Wiggins, 139 So.2d 619 (1 Div. 849).

Writ denied.

LIVINGSTON, C. J., and SIMPSON and COLEMAN, JJ., concur.